U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 2 9 2011
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CASE NO.: 3:10-CR-355-L |
| ) | |
| ABEL TORRES ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

Abel Torres, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), appeared before me pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and entered a plea of guilty to Count(s) 2 of the Indictment on March 29, 2011. After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted, and that Defendant be adjudged guilty and have sentence imposed accordingly.

Date: March 29, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).